IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAROLD JAMES LEE,

    Petitioner,                    No. CIV S-06-2679 DFL DAD P

    vs.

SUPERIOR COURT OF
SISKIYOU COUNTY, et al.,

    Respondents.               ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

        Examination of the affidavit reveals petitioner is unable to afford the costs of this action. Accordingly, leave to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

        Petitioner is advised that the court requires all petitions for writ of habeas corpus be filed on the proper form which is provided by this court. Moreover, the court may limit its review of the petition for relief to the information on the form only and need not consider any memoranda or attachments to the petition. See Rule 2(c), Rules Governing § 2254 Cases.

        Although petitioner has submitted a standard habeas form, petitioner has failed to present his claims and supporting facts on the form. Instead, petitioner refers the court to his

1

inserts. In addition, the pages of petitioner's application are out of order. Petitioner is hereby notified that in order for this court to review his application, he must refile his petition on the proper form. If petitioner requires additional space, petitioner must continue responses as needed on pages that follow the same format as the form and are clearly linked to the form by page number or question number. Petitioner is advised that although he may submit a separate memorandum to support his petition for relief, the court's application form must contain all relevant claims, and must provide the court with all necessary information.

In addition, petitioner is advised that he is required to "name the state officer having custody of him or her as the respondent to the petition." Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994) (citing Rule 2(a), 28 U.S.C. foll. § 2254). Petitioner has named the Superior Court of Siskiyou County and the People of the State of California, as respondents in this action. They are not the proper respondents in this habeas action. The proper respondent in the usual habeas action is the warden of the institution where the petitioner is currently incarcerated.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's November 27, 2006 application to proceed in forma pauperis is granted;

2. Petitioner's application for writ of habeas corpus is dismissed with leave to amend within thirty days from the date of this order;

3. Any amended petition must be filed on the form employed by this court, must state all claims and prayers for relief on the form, and must name the proper respondent. It must also bear the case number assigned to this action and must bear the title "Amended Petition"; and

/////
/////
/////
/////

1      4. The Clerk of the Court is directed to send petitioner the form for habeas corpus
2  application.
3  DATED: May 18, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7  DAD:9
   lee2679.115.122