IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAROLD JAMES LEE,

    Petitioner,                   No. CIV S-06-2679 RRB DAD P

    vs.

SUPERIOR COURT OF
SISKIYOU COUNTY, et al.,

    Respondents.              <u>ORDER</u>

                                /

        In accordance with this court's May 21, 2007 order, petitioner, a state prisoner proceeding pro se and in forma pauperis, has filed an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In his amended petition, petitioner names A. Hedgpeth, Warden of Kern Valley State Prison, as the respondent in this action. Warden Hedgpeth is the proper respondent. Accordingly, the case will proceed on petitioner's amended petition, and the Clerk of the Court will be directed to amend the docket to reflect Warden Hedgpeth as the respondent.

        Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response to petitioner's amended habeas petition.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondent is directed to file a response to petitioner's June 18, 2007 amended habeas petition within thirty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

2. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

3. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fifteen days thereafter;

4. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's June 18, 2007 amended habeas petition on Michael Patrick Farrell, Senior Assistant Attorney General; and

5. The Clerk of the Court shall amend the docket to reflect Warden Anthony Hedgpeth as the respondent in this action.

DATED: December 5, 2007.

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
lee2679.100