IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAROLD JAMES LEE,** | CIV S-06-2679 RRB DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **SUPERIOR COURT OF SISKIYOU COUNTY, et al.,** | |
| Respondents. | |

Respondent has requested an extension of time to file a response to petitioner's petition for a writ of habeas corpus. Good cause appearing, IT IS HEREBY ORDERED that respondent's response to petitioner's petition for a writ of habeas corpus be filed on or before February 3, 2008.

DATED: January 3, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/lee2679.111